Robert FANNING, Betty Fanning, and Bobby Fanning, Plaintiffs/Appellants,

v.

Edward H. ANDRES, M.D., et al., Defendants/Respondents.

No. 64557.

Missouri Court of Appeals, Eastern District, Division Four.

March 8, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 7, 1994.

Application to Transfer Denied May 26, 1994.

John C. Milholland, Harrisonville, Donald L. Schlapprizzi, St. Louis, for plaintiffs/appellants.

Ronald R. McMillin, Jefferson City, for defendants/respondents.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

PER CURIAM.

Plaintiffs' filed a pleading which they labeled "Petition for Damages for Tortious Interference with Contracts." The trial court sustained defendants' motions to dismiss for failure to state a cause of action and dismissed the petition with prejudice.

No error of law appears. An opinion would have no precedential value. Rule 84.-16(b).

The trial court's judgment is affirmed.